IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ALBERT SEILER,

**Plaintiff,**

v.

**AMERICAN MEDICAL SYSTEMS, INC.,**
a foreign corporation, and
**THERMATRX INC.,** a foreign corporation,

**Defendants.**                                              No. 07-cv-0222-DRH

## ORDER

**HERNDON, District Judge:**

Now before the Court is Plaintiff's June 4, 2007 motion for voluntary dismissal without prejudice (Doc. 16). Defendants do not object to the motion (Docs. 17 & 18). Based on the pleadings, the Court **GRANTS** Plaintiff's motion for voluntary dismissal without prejudice (Doc. 16). The Court **DISMISSES without prejudice** Plaintiff's cause of action and **CLOSES** the file.

**IT IS SO ORDERED.**

Signed this 7th day of June, 2007.

/s/      David RHerndon
**United States District Judge**